**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**MAY 1 1 2007**

JAMES W. McCORMACK, CLERK
By:_____
                              DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

**vs.**                              **4:06CR00215-01-WRW**

**LATROY MCBRIDE**                                              **DEFENDANT**

### AMENDMENT TO JUDGMENT & COMMITMENT ORDER

Since the Prosecution plans to appeal the sentence given yesterday, I believe I should more fully explain my reasoning so that the Eighth Circuit can perhaps resolve all issues without a second appeal.

Based upon the record as a whole I would have exercised my discretion to sentence the Defendant to about 70 months even I had accepted the Prosecution's argument (which I consider quite strained). If I am to consider the "state of mind" of the parties with respect to the plea agreement I would find that the Defendant and his lawyer reasonably and in good faith believed that the Prosecution had agreed to abandon the disputed firearm enhancement. Accordingly, I would have sentenced Defendant to about 70 months, as a matter of fairness.

I hasten to add that I have no reason to believe that Ms. Clevenger did not act in good faith -- I believe that she did.

I cannot resist observing that it appears to me that some in the U. S. Attorney's Office might not have enough to do -- this is much ado about very little, as I see it. Furthermore, it seems that the lead Prosecutor's ire (made apparent in the courtroom) over such a small matter

detracts from the civility of the bar, which, in my experience, has been superb in the federal bar for several years.

IT IS SO ORDERED this 11th day of May, 2007.

_____
UNITED STATES DISTRICT JUDGE