IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

    vs.                 4:06CR00215-01-WRW

LATROY McBRIDE

## AMENDED JUDGMENT & COMMITMENT

The Judgment and Commitment filed in this case on May 11, 2007, is amended to reflect the following:

On page 1 of the Judgment & Commitment, the Defendant's name should be as follows:

    LATROY MCBRIDE

The Clerk's office is directed to make this change. A certified copy of this Amended Judgment & Commitment is to be forwarded to the U.S. Marshal's Service, as well as to the FCC Beaumont where Mr. McBride is being housed.

The remaining portions of the Judgment & Commitment will remain in full force and effect.

IT IS SO ORDERED this 29th day of July, 2010.

                              /s/ Wm. R. Wilson, Jr.
                      UNITED STATES DISTRICT JUDGE

amendJ&C1.wpd